UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Thierno Diouf,

     Petitioner,

                                      Civil No. 26-cv-10559

v.                                   Hon. Matthew F. Leitman

Kevin Raycraft, Acting Field Office
Director of Enforcement and Removal
Operations, Detroit Field Office,
Immigration and Customs Enforcement;
Kristi Noem, Secretary, U.S. Department
of Homeland Security; and U.S.
Department of Homeland Security,

     Respondents.

---

## Stipulated Order of Partial Voluntary Dismissal

---

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

Count III of the petition, which asserts a claim under the Administrative Procedure

Act, is dismissed without prejudice. Petitioner's claims in Counts I, II, IV, V, and VI

remain pending in the action.

This is not a final order and does not terminate the case.

**IT IS SO ORDERED**.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2026

Stipulated and Agreed to By:

Blumenau Law PLLC

*/s/ Stephanie Blumenau (w/ consent)*
Stephanie Blumenau (P79963)
613 Abbot Street
Suite 120
Detroit, Michigan 48226
(248) 432-1818
stephanie@blumenaulaw.com

*Attorney for Petitioner*

Dated: February 23, 2026

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Defendants*

Dated: February 23, 2026